NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

2009-1274, -1275

DIAMOND SAWBLADES MANUFACTURERS COALITION,

Plaintiff-Appellee,

v.

UNITED STATES,

Defendant-Appellee,

v.

SAINT GOBAIN ABRASIVES, INC.,

Defendant-Appellant,

and

EHWA DIAMOND INDUSTRIAL CO., LTD.,

Defendant-Appellant,

and

SHINHAN DIAMOND INDUSTRIAL CO., LTD.,

Defendant.

Appeal from the United States Court of International Trade
in case no. 06-00247, Senior Judge R. Kenton Musgrave.

ON MOTION

ORDER

Upon consideration of the joint motion for extensions of time,

IT IS ORDERED THAT:

The motion is granted. The appellees' briefs are due September 24, 2009.

FOR THE COURT

SEP - 2 2009
_____
Date

/s/ Jan Horbaly
_____
Jan Horbaly
Clerk

cc: Daniel B. Pickard, Esq.
     J. David Park, Esq.
     Lynn M. Fischer Fox, Esq.
     Charles A. St. Charles, Esq.

s8

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

SEP - 2 2009

JAN HORBALY
CLERK

2009-1274, -1275          - 2 -